# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

computer equipment, both hardward and software contained within the personal computer owned by Theresa Lerch of 370C Mishnock Rd., West Greenwich, RI, said equipment which is now in the possession of the U.S. Secret Service

## SEARCH WARRANT

CASE NUMBER: 1:05M80A

TO: Any agent of the U.S. Secret Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by James S. Bentz, Special Agent, USSS (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

a Nutek computer, serial no. 72055; Hewlett Packard Deskjet printer, serial no. MY47K1Q0FZ; COMP USA keyboard, model no. SK-6200, serial no. C0107281753; and Memorex CD-R, labeled "EBAY4" - both hardware and software contained within the personal computer owned by Theresa Lerch, 370C Mishnock Rd., West Greenwich, Rhode Island, said equipment which is now in the possession of the U.S. Secret Service,

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

that the computer hardware, software, documentation, passwords, and data security devices may themselves be instrumentalities, fruits, or evidence, and/or these objects may be storage devices for information as to the commission of the crime of counterfeiting, in violation of Title 18, United States Code, Sections 471 and 474.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 06-13-2005 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LINCOLN D. ALMOND, U.S. Magistrate Judge (U.S. Judge or Magistrate Judge) as required by law.

Attest to True Copy
DAVID A. DiMARZIO
By Deputy Clerk

10:05 a.m. 5/31/05 at Providence, Rhode Island
Date and Time Issued — City and State

LINCOLN D. ALMOND, U.S. Magistrate Judge
Name and Title of Judicial Officer — Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AO 93 (Rev. 8/98) Search Warrant (Reverse)

| RETURN | | CASE NUMBER: 1:05M80A |
|---|---|---|
| DATE WARRANT RECEIVED<br>5/31/05 | DATE AND TIME WARRANT EXECUTED<br>6/13/05 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br>See attached letter dated 6/17/05. | | |

FILED
2005 JUN 27 A 11: 23
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] — U.S. ~~Judge or~~ Magistrate Judge

6/27/05 — Date

DEPARTMENT OF HOMELAND SECURITY
UNITED STATES SECRET SERVICE

June 17, 2005

To Whom It May Concern:

On Monday June 13, 2005, SA Bradstreet obtained a forensic image of suspect computer (Nutek CPU serial #72055, Western Digital HD Serial #WM675 032 2525, Western Digital HD Serial #WMA2E 141 8801, One (1) Memorex CD-R, One (1) Imation floppy disc) belonging to Theresa Lerch pursuant to United States District Court, search warrant #1:05M80A issued out of District of Rhode Island.

Hard drive was imaged via a write block device.

Initial preview examination revealed several scanned images of One Hundred Dollar Federal Reserve Notes (FRN's) located on the hard drives and removable media.

Respectfully,

Special Agent Edward Bradstreet
US Secret Service
Boston Field Office